**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01296-RBJ-KMT

CHARLOTTE WILLIAMS,

      Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,

      Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

      THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

      DATED this 10th day of July, 2013.

                                                      BY THE COURT:

                                                    */s/ Brooke Jackson*
                                                    _____
                                                    R. Brooke Jackson
                                                    United States District Judge